1 ROBERT A. GREEN, CA Bar No. 216116
**SIMON GREENSTONE PANATIER BARTLETT, PC**
2 301 E. Ocean Blvd., Ste. 1950
Long Beach, California 90802
3 Telephone (562) 590-3400
Facsimile (562) 590-3412
4

Attorneys for Plaintiffs

FILED
CLERK U.S. DISTRICT COURT

DEC - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 JAMES RASMUSSEN and TREVA RASMUSSEN | Case No. 2:12-CV-09342 JFW (MRW) (Related Case Nos: 2:12-cv-09350JFW(MRW) 2:12-cv-09394 JFW (MRW)) |
| Plaintiffs, | Hon. John F. Walter |
| vs. AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor-by-merger to BUFFALO PUMPS, INC.), et al., | [proposed] ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT UNION CARBIDE CORPORATION |
| Defendants. | |

Pursuant to stipulation of the parties, IT IS SO ORDERED that all claims which were asserted, or which could have been asserted, by the Plaintiffs against Defendant Union Carbide Corporation Company are hereby dismissed without prejudice or costs pursuant to Fed. R. Civ. Proc. 41(a)(2).

DATED: _____, 2012

_____
Honorable John F. Walter
Judge of the United States District Court